# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

POLYZEN, INC. )
)
)
)
Plaintiff, )
v. ) Civil Action No. 5:11-CV-662-D
)
RADIADYNE, LLC )
)
Defendant. )

## SCHEDULING ORDER

Pursuant to this Court's October 26, 2012 Order, Document # 34 and Fed. R. Civ. P. 16(b), the parties, having met and conferred pursuant to Fed. R. Civ. P. 26(f) hereby submit this scheduling order, as set forth below.

|   | EVENT | PROPOSED DEADLINE |
|---|-------|-------------------|
| 1 | Parties to conduct mediation | October 9, 2012 |
| 2 | Parties to conduct a Fed. R. Civ. P. 26(f) conference | October 18, 2012 |
| 3 | Parties commence discovery | October 18, 2012 |
| 4 | Parties submit a Fed. R. Civ. P. 26(f) Report and Discovery Plan, including a [Proposed] Scheduling Order | December 11, 2012. |
| 5 | Parties exchange Fed. R. Civ. P. 26(a)(1) Initial Disclosures | December 17, 2012 |
| 6 | Polyzen serves its Initial Disclosure of Patent Infringement Contentions in the form of a claim chart, as well as document production concerning those Contentions, as required by N.C. Local Rule 303.2. | December 21, 2012 |
| 7 | Radiadyne serves its Initial Disclosure of Noninfringement and Invalidity Contentions in the form of claim charts, as well as document production concerning those Contentions, and document production concerning its claims against Polyzen for fraud, breach of contract and unfair competition under 15 U.S.C. 1125(a), as required by N.C. Local Rule 303.4. | January 21, 2013 |

| 8 | Parties exchange lists of claim terms that they will ask the Court to construe. | January 25, 2013 |
|---|---|---|
| 9 | Parties meet and confer to finalize list of claim terms that they will ask the Court to construe. | February 1, 2013 |
| 10 | Deadline for both parties to disclose the identity of expert witnesses on claim construction issues. for which the Party has the burden of proof, including the name of the expert, the expert's CV, and a very short statement of the issues on which the expert will opine. | February 1, 2013 |
| 11 | Parties exchange Proposed Claim Construction Statements, which includes a proposed construction for each term that the parties will ask the Court to construe and an identification of all intrinsic and extrinsic evidence that supports each proposed construction. | February 8, 2013 |
| 12 | Parties exchange expert witness statements on claim construction issues describing each topic on which the expert will opine and a short description of the opinion of the expert on each topic. Such expert witness statement can be relatively short, from 1-2 pages. | February 22, 2013 |
| 13 | Parties complete fact discovery relating to Claim Construction. | March 29, 2013 |
| 14 | Deadline for parties to file motions to amend pleadings or to add parties. | April 12, 2013 |
| 15 | Parties to file a Joint Claim Construction Statement setting forth their respective proposed constructions for each claim term that the parties will ask the Court to construe, a statement of any stipulated construction(s) of any claim term(s), and an identification of all intrinsic and extrinsic evidence that supports each proposed construction. | April 12, 2013 |
| 16 | Parties complete expert discovery regarding Claim Construction | April 19, 2013 |
| 17 | Parties to file and serve Opening Claim Construction Briefs with supporting evidence and identification of any proposed Claim Construction Hearing witnesses. | April 30, 2013 |
| 18 | Parties file and serve any Responsive Claim Construction Briefs and supporting evidence directly rebutting their opponents' supporting evidence and identifying any additional proposed Claim Construction Hearing witnesses | May 21, 2013 |
| 19 | Parties file and serve Reply Claim Construction Briefs responding to any new issue raised by an opposing party in its Responsive Claim Construction Brief. The Reply Brief shall be no longer than eight (8) pages in length, excluding caption of the case and signature and service pages. | May 31, 2013 |

| 20 | Parties confer to propose schedule to the Court for Claim Construction Hearing | May 31, 2013 |
|---|---|---|
| 21 | Claim Construction Hearing | TBD |
| 22 | Claim Construction Ruling | TBD |
| 23 | Deadline for amending final infringement contentions based upon claim construction decision | 15 days after Claim Construction ruling |
| 24 | Deadline for amending final invalidity contentions based upon claim construction or amendment of infringement contentions | 30 days after Claim Construction ruling |
| 25 | Production of any advice of counsel for which privilege has been waived, written summary of any oral advice and related documents, and related privilege log | 30 days after Claim Construction ruling |
| 26 | Parties disclose the identities of any expert witnesses whose testimony they will offer in any further proceeding in this case and provide the expert witness disclosures required by Fed. R. Civ. P. 26(a)(2) | 45 days after Claim Construction Ruling. |
| 27 | Close of remaining fact discovery | 60 days after Claim Construction Ruling |
| 28 | Opening expert reports on issues for which the party bears the burden of proof | 75 days after Claim Construction ruling |
| 29 | Rebuttal expert reports | 105 days after Claim Construction ruling |
| 30 | Close of expert discovery | 135 days after Claim Construction ruling |
| 31 | Deadline to file dispositive motions | 30 days after close of expert discovery |
| 32 | Opposition to dispositive motions | 21 days after dispositive motions filed |
| 33 | Replies to dispositive motions | 14 days after opposition to dispositive motions filed |
| 34 | Parties confer to propose a pretrial and trial schedule to the Court, if necessary | 14 days after Court rules on all dispositive motions |
| 35 | Pretrial submissions | 7 days prior to Pretrial Conference set in pretrial schedule |
| 36 | Final Pretrial Conference | TBD |
| 37 | Trial | TBD |

Respectfully submitted on this 11 day of December, 2012,

/s/ Joseph J. Zito
Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW
Washington, D.C. 20036
Tel: (202) 466-3500
jzito@zitotlp.com

/s/ Daniel T. Blue, III
Daniel T. Blue, III
Blue Stephens & Fellers LLP
205 Fayetteville St., Suite 300
Raleigh, NC 27601
Tel: 919-833-1931
Fax: 919-833-8009

*Counsel for Plaintiff-Counter Defendant Polyzen, Inc.*

/s/ Steven J. Hultquist
Steven J. Hultquist
Hultquist, PLLC
1414 Raleigh Rd., Suite 201
Chapel Hill, NC 27517
Tel: 919-419-9350
Fax: 919-419-9354
Email: hultquist@hultquistip.com
*Counsel for Plaintiff-Counter Defendant Polyzen, Inc.*

Email: dtb3@bluestephens.com
*Counsel for Defendant-Counter Plaintiff Radiadyne, LLC*

/s/ Thomas M. Morrow
Thomas M. Morrow
Yetter Coleman LLP
909 Fannin, Suite 3600
Houston, TX 77010
Tel: 713-632-8070
Fax: 713-632-8002
Email: tmorrow@yettercoleman.com
*Counsel for Defendant-Counter Plaintiff Radiadyne, LLC*

SO ORDERED:

Date: January 22, 2013

Hon. James C. Dever, III
United States District Judge