IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| POLYZEN, INC., | |
|---|---|
| Plaintiff, | |
| v. | Case No.: 5-11-cv-00662-D |
| RADIADYNE, LLC., | |
| Defendant. | |

## ORDER TO SEAL

The Court has considered the Motion of Plaintiff Polyzen, Inc. ("Polyzen"), who respectfully moved this Court for an Order granting it leave in which to file under seal its (1) Opposition to RadiaDyne's Motion for Summary Judgment on Its Breach of Contract Claim; and (2) Opposition to RadiaDyne's Motion for Partial Summary Judgment on Polyzen's Trade Secret Misappropriation and supporting exhibits under the terms of the Stipulated Protective Order that was entered by the Court on February 5, 2013.

Wherefore, for these reasons, the Court ORDERS the Clerk to maintain the following documents under seal in this case:

1. **Opposition** to RadiaDyne's Motion for Summary Judgment on Its Breach of Contract

2. **Exhibit A** to Opposition to RadiaDyne's Motion for Summary Judgment on Its Breach of Contract

3. **Opposition** to RadiaDyne's Motion for Partial Summary Judgment on Polyzen's Trade Secret Misappropriation claim and supporting exhibits

1

4. **Exhibit 22** to Opposition to RadiaDyne's Motion for Partial Summary Judgment on Polyzen's Trade Secret Misappropriation claim and supporting exhibits

5. **Exhibit 23** to Opposition to RadiaDyne's Motion for Partial Summary Judgment on Polyzen's Trade Secret Misappropriation claim and supporting exhibits

6. **Exhibit 24** to Opposition to RadiaDyne's Motion for Partial Summary Judgment on Polyzen's Trade Secret Misappropriation claim and supporting exhibits

7. **Exhibit 25** to Opposition to RadiaDyne's Motion for Partial Summary Judgment on Polyzen's Trade Secret Misappropriation claim and supporting exhibits

It is hereby ordered that the foregoing exhibits are accepted under seal.

SO ORDERED. This _5_ day of September 2014.

JAMES C. DEVER III
Chief United States District Judge