IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| POLYZEN, INC.<br><br>Plaintiff,<br>v.<br><br>RADIADYNE, LLC<br><br>Defendant. | Civil Action No. 5:11-CV-662-D |

**ORDER**

This matter is before the Court on motion of Defendant Radiadyne to seal its Memorandum of Law in Support of its Motion for Partial Summary Judgment on its Breach of Contract Claim and Exhibits.

The Court makes the following findings of fact and conclusions of law:

1. It is necessary for the Court to review the above-listed document and exhibits to properly consider the pending motions before the Court.

2. The document and exhibits contain confidential and competitively sensitive business information.

3. Adequate notice and opportunity has been given to the public and interested parties to object to Defendant's motion.

4. The Court has carefully weighed the interests advanced by Defendant and those interests favoring public access to judicial documents and records.

5. The interests advanced by the Defendant override any common law or constitutional right of public access which may attach to the information.

NOW THEREFORE, upon consideration of the record and the parties' positions and pursuant to the provisions of Local Rule 79.2, EDNC, it is ordered that the document listed above be sealed.

SO ORDERED. This 5 day of September 2014.

JAMES C. DEVER III
Chief United States District Judge