IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-662-D

| | | |
|---|---|---|
| POLYZEN, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| RADIADYNE, LLC, | ) ) ) | |
| Defendant. | ) | |

On September 22, 2015, RadiaDyne filed a motion to consolidate [D.E. 167]. On September 24, 2015, Polyzen, Inc. responded in opposition [D.E. 169]. On October 1, 2015, RadiaDyne replied [D.E. 170].

The court has reviewed the record under the governing standard. The motion to consolidate [D.E. 167] is DENIED.

SO ORDERED. This 12 day of October 2015.

JAMES C. DEVER III
Chief United States District Judge