IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-662-D

| | |
|---|---|
| RADIADYNE, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| POLYZEN, INC., ) | |
| ) | |
| Defendant. ) | |

RadiaDyne, L.L.C. ("RadiaDyne") has filed ten motions to seal. See [D.E. 183, 187, 191, 199, 205, 208, 219, 224, 234, 236]. Polyzen, Inc. opposes three of the motions to seal. See [D.E. 195, 196, 197].

The court has reviewed the motions to seal under the governing standard. See, e.g., Doe v. Pub. Citizen, 749 F.3d 246, 272–73 (4th Cir. 2014). The public has had a notice of the sealing request and a reasonable opportunity to respond. See id. at 272. No member of the public has responded. The court has considered less drastic alternatives to sealing, but does not find that any less drastic alternative exists. Id. Moreover, the court finds that RadiaDyne has demonstrated that the material at issue in the motions to seal includes confidential and competitively sensitive commercial information concerning RadiaDyne's business. Accordingly, the court GRANTS the motions to seal [D.E. 183, 187, 191, 199, 205, 208, 219, 224, 234, 236].

SO ORDERED. This 3 day of February 2016.

JAMES C. DEVER III
Chief United States District Judge