IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| POLYZEN, INC., | § |
| Plaintiff, | § |
| v. | § Civil Action No. 5:11-cv-00662 |
| RADIADYNE, L.L.C., | § |
| Defendant. | § |

ORDER [D.E. 285]

This matter is before the Court on motion of Defendant RadiaDyne, L.L.C. ("RadiaDyne") to file and retain under seal Exhibits 1-10 to its Appendix to its Statement of Material Facts in Support of its Supplemented Motion for Summary Judgment.

The Court makes the following findings of fact and conclusions of law:

1. It is necessary for the Court to review the above-listed documents and information to properly consider the pending motion before the Court.

2. The documents listed herein contains confidential and competitively sensitive business information.

3. Adequate notice and opportunity has been given to the public and interested parties to object to Defendant's motion.

4. The Court has carefully weighed the interests advanced by Defendant and those interests favoring public access to judicial documents and records.

5. The interests advanced by the Defendant override any common law or constitutional right of public access which may attach to the information.

NOW THEREFORE, upon consideration of the record and the parties' positions and pursuant to the provisions of Local Rule 79.2, EDNC, it is ordered that the documents listed above be sealed.

It is so ordered this the __22__ day of __August__, 2016.

_____
JAMES C. DEVER, III
United States District Judge