IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| POLYZEN, INC., | § § § | |
| Plaintiff and Counter-defendant, | § § | |
| v. | § § | Civil Action No. 5:11-cv-00662 |
| RADIADYNE, L.L.C., | § § | Jury Trial Demanded |
| Defendant and Counter-plaintiff. | § § § | |

## ORDER

This matter is before the Court on motion of RadiaDyne, L.L.C. ("RadiaDyne") to file and retain under seal its Motion in Limine Regarding Testimony from Polyzen Witnesses Graham Rogers, Steven Hultquist and Chris Strom, and exhibits thereto.

The Court makes the following findings of fact and conclusions of law:

1. It is necessary for the Court to review the above-listed documents and information to properly consider the pending motion before the Court.

2. The documents listed herein contain confidential and competitively sensitive business information.

3. Adequate notice and opportunity has been given to the public and interested parties to object to RadiaDyne's motion.

4. The Court has carefully weighed the interests advanced by RadiaDyne and those interests favoring public access to judicial documents and records.

5. The interests advanced by the RadiaDyne override any common law or constitutional right of public access which may attach to the information.

NOW THEREFORE, upon consideration of the record and the parties' positions and pursuant to the provisions of Local Rule 79.2, EDNC, it is ordered that the documents listed above be sealed.

SO ORDERED. This __20__ day of March 2017.

                                           /s/ Dever
                                           JAMES C. DEVER III
                                           Chief United States District Judge