IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-Cv-662-D

POLYZEN, INC.,                          )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )          **VERDICT FORM**
                                        )
RADIADYNE, LLC,                         )
                                        )
                    Defendants.         )

We the jury unanimously answer the issues as follows:

## ISSUE 1

1.   Did RadiaDyne breach a contract with Polyzen?

     ANSWER:   _X_ Yes   ____ No

## ISSUE 2

     If you answered "yes" to Issue 1, then answer Issue 2. Otherwise, do not answer Issue 2 and skip ahead to Issue 3.

2.   What amount is Polyzen entitled to recover from RadiaDyne for breach of contract?

     $ _1.00_ .

## ISSUE 3

3.   Did Polyzen breach a contract with RadiaDyne?

     ANSWER:   _X_ Yes   ____ No

## ISSUE 4

If you answered "yes" to Issue 3, then answer Issue 4. Otherwise, do not answer Issue 4 and skip ahead to Issue 5.

4.      What amount is RadiaDyne entitled to recover from Polyzen for breach of contract?

$ _*1.00*_ .

## ISSUE 5

5.      Was Note 1 of Page 4 of Exhibit PX103 a trade secret of Polyzen's?

ANSWER:       _____ Yes      _X_ No

## ISSUE 6

If you answered "yes" to Issue 5, then answer Issue 6. Otherwise, do not answer Issue 6 and skip ahead to Issue 9.

6.      Does RadiaDyne own Note 1 of Page 4 of Exhibit PX103 under the 2008 Development and Commercialization Agreement?

ANSWER:       _____ Yes      _____ No

## ISSUE 7

If you answered "yes" to Issue 5 and "no" to Issue 6 then answer Issue 7. Otherwise, do not answer Issue 7 and skip ahead to Issue 9.

7.      Did RadiaDyne's misappropriation of Note 1 of Page 4 of Exhibit PX103 unjustly enrich RadiaDyne?

ANSWER:       _____ Yes      _____ No

2

## ISSUE 8

If you answered "yes" to Issue 5 and Issue 7, and answered "no" to Issue 6, then answer Issue 8. Otherwise, do not answer Issue 8 and skip ahead to Issue 9.

8. What amount is Polyzen entitled to recover from RadiaDyne for misappropriation of Note 1 of Page 4 of Exhibit PX103?

$ _____.

## ISSUE 9

9. Did Polyzen convert RadiaDyne's tooling used to make balloons?

ANSWER:   X  Yes    _____ No

## ISSUE 10

If you answered "yes" to Issue 9, then answer Issue 10. Otherwise, do not answer Issue 10 and skip ahead to Issue 11.

10. What amount is RadiaDyne entitled to recover from Polyzen for conversion of the property of RadiaDyne?

$ _8400.00_____.

## ISSUE 11

11. Did Polyzen trespass upon RadiaDyne's tooling used to make balloons?

ANSWER:   X  Yes    _____ No

## ISSUE 12

If you answered "yes" to Issue 11, then answer Issue 12. Otherwise, do not answer Issue 12 and skip ahead to Issue 13.

12. What amount is RadiaDyne entitled to recover from Polyzen for trespass upon RadiaDyne's tooling used to make balloons?

$ _8400.00_____.

13.     Did Polyzen commit fraud, and, if so, was RadiaDyne damaged by the fraud of Polyzen?

ANSWER:     _____ Yes     X̷ No

ISSUE 14

If you answered "yes" to Issue 13, then answer Issue 14. Otherwise, do not answer Issue 14 and skip ahead to Issue 15.

14.     What amount is RadiaDyne entitled to recover from Polyzen for fraud?

$ _____.

ISSUE 15

15.     Did Polyzen compete unfairly with RadiaDyne, and, if so, was RadiaDyne damaged by Polyzen's unfair competition?

ANSWER:     X̷ Yes     _____ No

ISSUE 16

If you answered "yes" to Issue 15, then answer Issue 16. Otherwise, do not answer Issue 16.

16.     What amount is RadiaDyne entitled to recover from Polyzen for unfair competition?

$ *1.00* _____.

These are our unanimous answers. So say we all. This 20 day of April 2017.

REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

' Signature of Foreperson

4