IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-662-D

| | |
|---|---|
| POLYZEN, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| RADIADYNE, LLC, | ) |
| Defendant. | ) |

This matter is before the clerk on the Application for Costs [DE-389] filed by Defendant Radiadyne, LLC, the Application for Costs filed by Plaintiff Polyzen, Inc. [DE-395], the Motion for Disallowance of Costs [DE-401] filed by Defendant, and the Motion for Disallowance of Costs [DE-402] filed by Plaintiff.

Plaintiff's appeal [DE-398] to the Federal Circuit Court of Appeals remains pending, and accordingly, the undersigned DENIES without prejudice the applications for costs [DE-389; DE-395] and motions for disallowance of costs [DE-401; 402]. The parties may re-file these motions, if necessary, following the resolution of the appeal.

SO ORDERED. This the 19 day of March, 2018.

Peter A. Moore, Jr.
Clerk of Court